WILLIAM MASSEY ET AL. *v.* TOWN OF BRANFORD ET AL.

The petition by the plaintiffs William Massey and Dawn Massey for certification for appeal from the

Appellate Court, 118 Conn. App. 491 (AC 28593), is denied.

*William Massey,* pro se, and *Dawn Massey,* pro se, in support of the petition.

*William H. Clendenen, Jr.,* in opposition.

Decided March 17, 2010